FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FERNANDO MARTINEZ-CUEVAS,<br><br>    Defendant. | Case No. SACR 11-0057 JST<br><br>ORDER OF DETENTION<br><br>[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

    The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Josephine Staton Tucker, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

1  B.   (X)   The defendant has not met his burden of establishing by clear and convincing
2              evidence that he is not likely to pose a danger to the safety of any other person
3              or the community if released under 18 U.S.C. § 3142(b) or (c). This finding
4              is based on the nature of the charged offense and defendant's criminal history.

6       IT THEREFORE IS ORDERED that the defendant be detained pending the further
7  revocation proceedings.

10  Dated: August 5, 2013

                            /s/    Arthur Nakazato
                        ARTHUR NAKAZATO
                        UNITED STATES MAGISTRATE JUDGE